UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| QUADRE INVESTMENTS, L.P., Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>  vs.<br><br>SKY SOLAR HOLDINGS, LTD., SQUARE ACQUISITION CO., SQUARE LIMITED, SINO-CENTURY HX INVESTMENTS LIMITED, JING KANG, BIN SHI, KAI DING, JAPAN NK INVESTMENT K.K., IDG ACCEL CHINA CAPITAL L.P., IDG-ACCEL CHINA CAPITAL INVESTORS L.P., JOLMO SOLAR CAPITAL LTD., CES HOLDING LTD., TCL TRANSPORTATION HOLDINGS LIMITED, ESTEEM VENTURE INVESTMENT LIMITED, MAMAYA INVESTMENTS LTD, XANADU INVESTMENT LTD (H.K.), DEVELOPMENT HOLDING COMPANY LTD., ABDULLATEEF A. AL-TAMMAR, AND BJOERN LUDVIG ULFSSON NILSSON<br><br>               Defendants. | Case No. 1:20-cv-05551-LJL |

## [PROPOSED] ORDER

WHEREAS on July 17, 2020, Quadre Investments, L.P. ("Quadre") filed a complaint in this action against the above captioned defendants ("Defendants"), alleging that there false statements and omissions, regarding the shareholder appraisal rights and valuation information, in the Schedule 13E issued in the proposed privatization of Defendant Sky Solar;

WHEREAS on August 6, 2020, counsel for Quadre issued a press release providing the mandatory notice pursuant to the Private Securities Litigation Reform Act of 1996, which notice

stated, *inter alia*, that supplemental Securities and Exchange filings "correctly stated that Quadre believes that the Action has 'been rendered moot' by [such filings].'"

WHEREAS, I have been informed that, after the supplemental SEC filings, counsel began negotiating whether Defendants would pay Quadre's counsel's reasonable attorney fees in connection with the benefit conferred, and on October 1, 2020 an agreement on that issue was reached, such that certain Defendants agreed to pay a fixed sum to Quadre's counsel, and that such sum has been transferred to counsel to be held in escrow until dismissal of this Action;

It is hereby ordered that, pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed, with prejudice as to Quadre and without prejudice as to any other party.

Dated: November, 18, 2020

_____
Hon. Lewis J. Liman
UNITED STATES DISTRICT JUDGE